1 ADAM PAUL LAXALT
   Attorney General
2 GERRI LYNN HARDCASTLE, Bar No. 13142
   Deputy Attorney General
3 State of Nevada
   Bureau of Litigation
4 Public Safety Division
   100 N. Carson Street
5 Carson City, NV 89701-4717
   Tel: (775) 684-1134
6 E-mail: ghardcastle@ag.nv.gov

7 *Attorneys for Defendant*
  *Kathleen Henderson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELLY MICKELSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ISIDRO BACA, et al.,<br><br>　　　　　　Defendants. | Case No. 3:16-cv-00095-RCJ-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Kelly Mickelson, appearing *pro se*, and Defendant, Kathleen Henderson, appearing by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the Settlement Agreement and Full and Final Release, each party shall bear its own attorneys' fees and costs.

DATED this 6 day of June, 2018.

By: *Kelly Michelson* 43286
KELLY MICKELSON, #43286
Plaintiff, *Pro Se*

DATED this 15th day of June, 2018.

ADAM PAUL LAXALT
Attorney General

By: *[signature]*
GERRI LYNN HARDCASTLE
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: June 19, 2018

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that |
| 3 | on this 18th day of June, 2018, I deposited for mailing a true and correct copy of the foregoing, |
| 4 | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following: |

Kelly Mickelson #43286
Ely State Prison
P.O. Box 1989
Ely, NV 89301

*Mackenzie Hodges*
An employee of the
Office of the Attorney General